**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1147**

———————

TERRI BAKER,

Plaintiff - Appellant,

versus

GREYHOUND BUS LINE; RAY ROBINSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-3239-JFM)

———————

Submitted:  May 15, 2003              Decided:  May 20, 2003

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Terri Baker, Appellant Pro Se.  Karla Grossenbacher, Emily R.
Friedman, SEYFARTH SHAW, Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terri Baker appeals the district court's order denying her suit alleging discrimination based on race and disability. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Baker v. Greyhound Bus Line</u>, No. CA-02-3239-JFM (D. Md. Jan. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>